**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 25-1688**

———————————

KEARA HOLLAND,

        Plaintiff - Appellant,

    v.

ALLY BANK,

        Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Bruce H. Hendricks, District Judge.  (6:25-cv-00705-BHH)

———————————

Submitted:  October 30, 2025              Decided:  November 4, 2025

———————————

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Keara Holland, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keara Holland appeals the district court's order accepting the recommendation of the magistrate judge, dismissing with prejudice Holland's pro se civil complaint, and denying Holland leave to amend the complaint. We have reviewed the record and discern no reversible error. Accordingly, we deny Holland's motion for summary disposition and affirm the district court's order. *Holland v. Ally Bank*, No. 6:25-cv-00705-BHH (D.S.C. May 15, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
